## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
## FORT LAUDERDALE DIVISION

### CIVIL CASE NO. 09-CIV-60746 – COHN-SELTZER

CHRISTOPHER WALKER, M.D.

      Plaintiff,

vs.

HALLMARK BANK & TRUST LTD.,
BRIAN TROWBRIDGE, MASTERCARD
WORLDWIDE, MASTERCARD
INTERNATIONAL, LLC. DAVID SMITH,
WAYNE SMITH, OVERSEAS LOCKET
INTERNATIONAL CORPORATION, THE
TURKS AND CAICOS ISLAND
INVESTMENT AGENCY, MICHAEL MISICK,

      Defendants.

_____/



FILED BY

CLARENCE MADDOX
CLERK U.S. DIST CT.
S.D. OF FLA.-FT. L.

2009 JUL -1  PM 1:47

### PLAINTIFF DR. CHRISTOPHER WALKER'S RESPONSE TO HALLMARK BANK & TRUST LTD. AND TROWBRIDGE'S MOTION TO STAY

1) Any prior litigation between Walker and Hallmark was dismissed without prejudice and is therefore irrelevant to this Federal litigation that adds new defendants and raise new theories of recovery.

2) Plaintiff has not taken a position on the Motion to Remand.

3) Defendant Trowbridge was the Manager of a Bank that conspired with David Smith to operate a "Bernie Madoff" style Olint Ponzi Scheme. Smith is currently on bond for money laundering and fraud in the British Colony of the Turks and Caicos.

4)      Great harm will be caused to the Plaintiff by any delay in this matter as all the assets are being dissipated by Smith and Trowbridge on their personal living costs and the legal fees associated with extensive civil and criminal litigation which have resulted from their financial crimes. See standard in, *Landis vs North America Co., 299 U.S. 248, 254 (1936)*. Smith has been charged for money laundering in Turks and Caicos. See attachment.

## DISCUSSION

This is not a lawsuit to "clog" the courts; it is a lawsuit to protect the plaintiff's vital interests. See *Kansas City Southern Railway vs United States 282 U.S. 760, and Erelow vs New York Life Insurance Co. 293 U.S. 379*.

The courts must "weigh competing interest and maintain an even balance" when adjudicating a Motion to Stay. See *Kansas City* supra. In this case the Plaintiff's life savings are being spent by a bank which has contracted with a money laundering Ponzi Scheme. The courts "should appreciate the extraordinary public moment". See *Landis* supra.

Furthermore, Plaintiff does not really care how the Motion to Remand is determined and therefore a Motion to Stay is not appropriate, there is no power to stay to "compel an unwilling litigant to wait upon the outcome of a controversy to which he is a stranger". See *Dolbeer vs Stout 139 N.Y. 486*. The Plaintiffs seek equitable benefits while they enrich themselves at the expense of the Plaintiff.

"He who comes to Equity, must come with clean hands". There should be no scandal in the administration of justice. See *Amos vs Chadwick L.R. 9 CH Div. 459*

## CONCLUSION

The Motion to Stay should be denied.

Respectfully Submitted,

David P. Rowe, Esq.
110 East Broward Boulevard
Suite 1700
Fort Lauderdale, Florida 33301
Tel: (305) 731 0019
Fax: (954) 323 8628
FBN: 373575

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was filed with the
Clerk of the court via Federal Express.  I also certify that the foregoing document was
forwarded to Phillips Paul O'Shaughnessy, Esq, 315 S.E. 12th Street, Fort Lauderdale,
Florida 33316, and Gianluca Morello, Esq. Fowler White Boggs P.A. 501 E. Kennedy
Blvd, Suite 1700. Tampa, Florida 33602 by U.S. Mail  this  30th day of June, 2009.

Case 0:09-cv-60746-JIC   Document 31   Entered on FLSD Docket 07/02/2009   Page 4 of 4

Listen to Live Jamaican Radio, Listen to Power 106 FM 24x7. Click Here to Listen Free | (Advertisement)






| News Home | News | Sports | C

## News

# Jamaican Olint boss arrested again

Posted: 2009-06-12 17:17:09 (1 Comments)

Olint boss, David Smith has been arrested for a second time in the Turks and Cacois Island.

In discussion with Detective Sergeant Willen Belliard of the TIC Financial Crimes Unit, he said that David Smith was taken into custody earlier today.

In February David Smith was first arrested on charges of theft, false accounting and uttering false documents.

He was later granted bail in the sum on US$1M.

At that time, the Deputy Commissioner of Police in the Turks and Caicos Islands Hubert Hughes said the arrest-followed months of investigations.

The Turks authorities are continuing to peruse the documents they seized from Smith's house and offices last year.

The developments have further raised doubts that investors will be able to recoup the millions of dollars they placed in the failed financial investment scheme.

Of course, only this week a liquidator was appointed to wind up the embattled club, but the liquidator is warning that there is not enough money left to meet the claims of Olint investors.

Concerns were first raised about the operations of the investment scheme Olint last year after it started having difficulties making payouts to its clients.

In July last year, members of the Royal Turks and Caicos Islands Police Force raided David Smith's house and seized documents and computers.

Olint, which was operated in Jamaica, had been fighting to keep its account open with the National Commercial Bank.

However, in January, the London-based Privy Council ruled that the bank should go ahead and close the accounts.

**Listen to Audio clip**
This text will be
replaced by the flash
music player.
David Smith Arrest
again




» Live Regular u
» **Photo Gallery**
» Weather Inform
» Have Your Say
» Follow us on Tv
» More News/Up

Source: Gleaner/Power 106 News | Print Version | More News |   SHARE